# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Chase Gelakoski,  Civil No. 10-222 (RHK/SRN)

    Plaintiff,  **ORDER**

vs.

United Collection Bureau, Inc.,

    Defendant.

Pursuant to the parties' Stipulation (Doc. No. 9), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursement or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 30, 2010

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge